UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,  ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | No. 3:18-CV-89-HBG |
| NEYLAND APARTMENT ASSOCIATES FIVE, LLC, and CARSON R. GENTRY,  ) ) ) ) | |
| Defendants.  ) ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 8].

Now before the Court is Tony R. Dalton's Motion to Withdraw as Counsel of Record [Doc. 34], requesting that Attorney Dalton be permitted to withdraw as counsel of record for Defendant Neyland Apartment Associates Five, LLC ("Neyland"). Attorney Dalton states that he is leaving his law firm effective August 31, 2018, to take another position as General Counsel for Priority Ambulance, LLC. Attorney Dalton explains that Attorney Charles Shepherd will remain as counsel of record for Defendant Neyland.

Because continuity of counsel is ensured, the Court finds the Motion to Withdraw as Counsel of Record **[Doc. 34]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of

withdrawal."). Attorney Tony Dalton is **RELIEVED** of his duties as counsel in this matter, and Attorney Charles Shepherd will remain as counsel of record for Defendant Neyland.

    **IT IS SO ORDERED.**

        ENTER:

        _____
        United States Magistrate Judge